UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ATLAS JENKINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. CV 20-02531-DMG-PD <br><br> **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

On December 10, 2021, Plaintiff James Atlas Jenkins, Jr. and Defendants Captain Daniel Hedge, Lieutenant Bruce Phillips, Deputy Justin Johnson, and Deputy Joshua Maxon ("Defendants") appeared before Hon. Patricia Donahue, United States Magistrate Judge, for a settlement conference. The parties reached a full and complete settlement of the case. [Dkt. No. 68.]

On January 11, 2022, the parties filed a "Stipulation and Joint Request for Order Dismissing Plaintiff's Claims Against Defendants with Prejudice." [Dkt. No. 71.]

On January 27, 2022, Defendants filed "Defendants' Supplemental Status Report Pursuant to Court Order" notifying the Court that pursuant to

1 | the Settlement Release, Defendants' counsel mailed the settlement check to
2 | Plaintiff through the Litigation Office at the California Department of
3 | Corrections and Rehabilitation in Norco.  Defendants' also request the Court
4 | to grant the parties' Stipulation for Dismissal with Prejudice.  [Dkt. No. 72.]
5 |   The Court hereby APPROVES the parties' Stipulation for Dismissal
6 | with Prejudice [Dkt. No. 71], and in accordance with Federal Rule of Civil
7 | Procedure 41(a)(2), orders that the above-captioned action is dismissed with
8 | prejudice in its entirety, with each side to bear its own litigation costs and
9 | attorney's fees.

11 | DATED:  February 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE