JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ATLAS JENKINS, JR., | Case No. CV 20-02531-DMG-PD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order re Dismissal of Action With Prejudice,

IT IS ADJUDGED that the First Amended Complaint and entire action are dismissed with prejudice.

DATED:  February 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE